IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NAKIA TUMBLIN, | : 1:16-cv-1780 |
| Plaintiff, | : |
| | : Hon. John E. Jones III |
| CAPITAL ONE BANK (U.S.A.), N.A., | : |
| Defendant. | : |

## ORDER

**September 2, 2016**

This matter is hereby **TRANSFERRED** to the United States District Court for Eastern District of Pennsylvania pursuant to 28 U.S.C. § 1404(a) inasmuch as the Plaintiff resides in the Eastern District of Pennsylvania and none of the acts complained of in the pleading took place in the Middle District of Pennsylvania. The Clerk of Court shall **CLOSE** the file on this case within the Middle District of Pennsylvania.

_____
John E. Jones III
United States District Judge